# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| WINFRED CAMPBELL | CIVIL ACTION NO. 17-0023-P |
| VERSES | JUDGE S. MAURICE HICKS, JR. |
| JEREMY M. EVANS, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 11), noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

Accordingly,

**IT IS ORDERED THAT** this matter be **DISMISSED WITHOUT PREJUDICE** because the instant complaint constitutes a second or successive *habeas* petition within the meaning of 28 U.S.C. § 2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that all pending motions, specifically Record Documents 3, 5, 6, 8, 9, and 10, are **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 17th day of July, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE